**Carol EDINGER and Kathryn Carter, Plaintiffs-Respondents,**

v.

**Charles W. DODDS, Jr., and Carol E. Dodds, Defendants-Appellants.**

**No. WD 36864.**

Missouri Court of Appeals, Western District.

April 8, 1986.

Linder Collier, Kansas City, for defendants-appellants.

Philip J. Adams, Jr., Katherine J. Rodgers, and Greg T. Spies, Watson, Ess, Marshall & Enggas, Kansas City, for plaintiffs-respondents.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from judgment granting rescission of a real estate contract and awarding damages.

Judgment affirmed. Rule 84.16(b).